Certificate Number: 14912-CAC-DE-039008549

Bankruptcy Case Number: 24-18687



14912-CAC-DE-039008549

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on October 28, 2024, at 2:39 o'clock PM EDT, Jose Carlos Sanchez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date: October 28, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor