| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:
Jose Carlos Sanchez

CASE NO.: 2:24-bk-18687-BB
CHAPTER: 7

Debtor(s).

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

### Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 10/09/2024    Jose Carlos Sanchez    /s/ Jose Carlos Sanchez
                    Printed name of Debtor 1    Signature of Debtor 1

### Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date ( *Check only ONE box below* ):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                 Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

**Tailored Shared Services, LLC**
6380 Rogerdale Road
Houston, TX 77072

| Pay Group: | BSH-Bi-Weekly Hourly SSU |
|---|---|
| Pay Begin Date: | 08/25/2024 |
| Pay End Date: | 09/07/2024 |

| Business Unit: | TMW |
|---|---|
| Advice #: | 000000012717899 |
| Advice Date: | 09/13/2024 |

Carlos J Sanchez
206 Robinson Drive
Tustin, CA 92782

| Employee ID: | 179693 |
|---|---|
| Department: | 02707-02707 Santa Ana S/C |
| Location: | 02707 Santa Ana S/C |

| TAX DATA: | Federal | CA State |
|---|---|---|
| Tax Status: | Exempt | S/M-2 mc |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| OVT | 08/25/2024 | 08/31/2024 | 37.500000 | 0.77 | 28.88 | 8.36 | 279.25 |
| RegPay | 08/25/2024 | 08/31/2024 | 25.000000 | 39.80 | 995.00 | 481.68 | 10,864.29 |
| OVT | 09/01/2024 | 09/07/2024 | 37.500000 | 0.70 | 26.25 | 0.00 | 0.00 |
| RegPay | 09/01/2024 | 09/07/2024 | 25.000000 | 40.00 | 1,000.00 | 0.00 | 0.00 |
| Win Togeth | | | | | 0.00 | | 100.00 |
| Hourly Hol | | | | | 0.00 | 8.00 | 155.44 |
| Hourly Per | | | | | 0.00 | 8.00 | 155.44 |
| Hourly Sic | | | | | 0.00 | 42.09 | 817.81 |
| Hourly Vac | | | | | 0.00 | 45.73 | 1,133.50 |
| Overtime - | | | | | 0.00 | 0.12 | 4.66 |
| Worked hrs | | | | 81.27 | | | |
| **TOTAL:** | | | | **81.27** | **2,050.13** | **593.98** | **13,510.39** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 29.73 | 188.79 |
| Fed OASDI/EE | 127.11 | 807.22 |
| CA Withholdng | 63.44 | 304.31 |
| CA OASDI/EE | 22.55 | 143.22 |
| **TOTAL:** | **242.83** | **1,443.54** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.00 | 107.64 |
| Medical | 0.00 | 362.46 |
| Vision | 0.00 | 22.44 |
| **TOTAL:** | **0.00** | **492.54** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| LTD Buy Up | 0.00 | 29.40 |
| Supplemental Employee Life | 0.00 | 73.08 |
| **TOTAL:** | **0.00** | **102.48** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life and AD&D* | 0.00 | 1.83 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,050.13 | 2,050.13 | 242.83 | 0.00 | 1,807.30 |
| YTD | 13,510.39 | 13,019.68 | 1,443.54 | 595.02 | 11,471.83 |

## YEAR-TO-DATE

| | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 35.1 | 2.3 |
| Earned | 19.6 | 40.0 |
| Bought | 0.0 | 0.0 |
| Taken | 44.0 | 42.1 |
| Sold | 0.0 | 0.0 |
| Adjustments | 0.0 | 0.0 |
| | 10.8 | 0.2 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012717899 | Checking | XXXXXX7073 | 1,807.30 |
| **TOTAL:** | | | **1,807.30** |



| Tailored Shared Services, LLC | Pay Group: | BSH-Bi-Weekly Hourly SSU | Business Unit: | TMW |
|---|---|---|---|---|
| 6380 Rogerdale Road | Pay Begin Date: | 09/08/2024 | Advice #: | 000000012729965 |
| Houston, TX  77072 | Pay End Date: | 09/21/2024 | Advice Date: | 09/27/2024 |

| | | | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|
| Carlos J Sanchez | Employee ID: | 179693 | Tax Status: | Exempt | S/M-2 inc |
| 206 Robinson Drive | Department: | 02707-02707 Santa Ana S/C | Allowances: | N/A | 0 |
| Tustin, CA  92782 | Location: | 02707 Santa Ana S/C | Addl. Percent: | N/A | |
| | | | Addl. Amount: | | |

### HOURS AND EARNINGS

| | ------ Pay Period ------ | | ---------- Current ---------------- | | | ---------- YTD ------------- | |
|---|---|---|---|---|---|---|---|
| Description | Begin Date | End Date | Rate | Hours | Earnings | Hours | Earnings |
| OVT | 09/08/2024 | 09/14/2024 | 37.500000 | 1.02 | 38.25 | 9.55 | 323.88 |
| RegPay | 09/08/2024 | 09/14/2024 | 25.000000 | 39.68 | 992.00 | 561.21 | 12,852.54 |
| OVT | 09/15/2024 | 09/21/2024 | 37.500000 | 0.17 | 6.38 | 0.00 | 0.00 |
| RegPay | 09/15/2024 | 09/21/2024 | 25.000000 | 39.85 | 996.25 | 100.00 | 100.00 |
| Win Togeth | | | | 0.00 | 0.00 | 8.00 | 155.44 |
| Hourly Hol | | | | 0.00 | 0.00 | 8.00 | 155.44 |
| Hourly Per | | | | 0.00 | 0.00 | 42.09 | 817.81 |
| Hourly Sic | | | | 0.00 | 0.00 | 45.73 | 1,133.50 |
| Hourly Vac | | | | 0.00 | 0.00 | 0.12 | 4.66 |
| Overtime - | | | | | | | |
| Worked hrs | | | | 80.72 | | | |
| TOTAL: | | | | 80.72 | 2,032.88 | 674.70 | 15,543.27 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 0.00 |
| Fed MED/EE | 29.47 | 218.26 |
| Fed OASDI/EE | 126.04 | 933.26 |
| CA Withholdng | 62.30 | 366.61 |
| CA OASDI/EE | 22.36 | 165.58 |
| TOTAL: | 240.17 | 1,683.71 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 0.00 | 107.64 |
| Medical | 0.00 | 362.46 |
| Vision | 0.00 | 22.44 |
| TOTAL: | 0.00 | 492.54 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| LTD Buy Up | 0.00 | 29.40 |
| Supplemental Employee Life | 0.00 | 73.08 |
| TOTAL: | 0.00 | 102.48 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Basic Life and AD&D* | 0.00 | 1.83 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,032.88 | 2,032.88 | 240.17 | 0.00 | 1,792.71 |
| YTD | 15,543.27 | 15,052.56 | 1,683.71 | 595.02 | 13,264.54 |

### NET PAY DISTRIBUTION

| | | Account Type | Account Number | Deposit Amount |
|---|---|---|---|---|
| Advice #000000012729965 | | Checking | XXXXXX7073 | 1,792.71 |

| YEAR-TO-DATE | PAID TIME OFF | SICK LEAVE |
|---|---|---|
| Start Balance | 35.1 | 2.3 |
| + Earned | 22.7 | 40.0 |
| + Bought | 0.0 | 0.0 |
| - Taken | 44.0 | 42.1 |

