David M. Goodrich Trustee
 3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: 714-966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 2:24-18687-BB |
| | ) | |
| JOSE CARLOS SANCHEZ | ) | Chapter 7 |
| | ) | |
| | ) | **NOTICE OF CONTINUED MEETING OF CREDITORS** |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

PLEASE TAKE NOTICE THAT THE MEETING HAS BEEN CONTINUED FOR THE FOLLOWING REASON TO:

Date:  December 26, 2024 at 2:30 p.m.
Location: **Zoom video meeting**
Go to:  Zoom.us/join
Enter Meeting ID 296 655 7138, and Passcode 8660120410, or call 1-213-592-2709

☒ **Case continued for amendment of Schedules A/B.  Please contact lrobles@go2.law after the amendment is filed to determine if appearance is required at the continued meeting.**

 DATED: November 21, 2024          /s/ David M. Goodrich
                                    David M. Goodrich, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on November 21, 2024.

                                    /s/ Lorraine Robles
                                    Trustee Administrator
                                    lrobles@go2.law