David M. Goodrich Trustee
 3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Telephone: 714-966-1000

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:24-18687-BB |
| JOSE CARLOS SANCHEZ | Chapter 7 |
| | **NOTICE OF CONTINUED MEETING OF CREDITORS** |
| Debtor(s). | |

PLEASE TAKE NOTICE THAT THE MEETING HAS BEEN CONTINUED FOR THE FOLLOWING REASON TO:

Date:  January 9, 2025 at 1:30 p.m.
Location: **Zoom video meeting**
Go to:  Zoom.us/join
Enter Meeting ID 296 655 7138, and Passcode 8660120410, or call 1-213-592-2709

☒ **Case continued for amendment to Schedules.  Please contact lrobles@go2.law prior to the meeting to determine if appearance is required.**

.

 DATED: December 27, 2024            /s/ David M. Goodrich
                                     David M. Goodrich, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney on December 27, 2024.

                                     /s/ Lorraine Robles
                                     Trustee Administrator
                                     lrobles@go2.law